IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| QIANA NELSON;<br>RENEE NELSON; and<br>COLETTE NELSON<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>THE COUNTY OF FORT BEND, TEXAS;<br>DAVID CRAVEN; and<br>ROBERT PELTON,<br><br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. H-08-2399<br><br><br>JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties to this action hereby stipulate, as signified by the signatures of their attorneys on this filing, to its dismissal with prejudice.

Respectfully submitted,

_____
KENDRIC M. CEASER
Attorney at Law
SBN: 24012404
1302 Waugh Drive, #367
Houston, Texas 77019
(713) 796-9911
(713) 796-8811 – Facsimile

ATTORNEY-IN-CHARGE FOR PLAINTIFFS

I:\RWM\Nelson\STIPULATION.wpd

Respectfully submitted,

_____
RANDALL W. MORSE
Assistant County Attorney
SBN: 14549700
WILLIAM H. VIDOR
Assistant County Attorney
SBN: 20579200
301 Jackson Street, Suite 728
Richmond, Texas 77469
(281) 341-4555
(281) 341-4557 - Facsimile

ATTORNEYS-IN-CHARGE FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify (1) that the above instrument is being filed electronically, with confirmation to be received that the Electronic Court Filing ("ECF") system has registered such transaction, and with a listing of all attorneys who have received notice of electronic filing of the above instrument, and (2) that the above instrument is being sent by certified mail, return receipt requested, to all known counsel of record, or parties appearing *pro se*, who are not listed as having received such notice of electronic filing of the above instrument; and that both such actions are being done on this, the __2__ day of __March__, 2009.

_____
RANDALL W. MORSE

2